Submitted on records and brief July 11,
reversed and remanded August 25, 1980

STATE OF OREGON,
*Respondent,*

*v.*

SAMMY LaVAUGHN NORMAN,
*Appellant.*

(No. 19-511, CA 16771)

615 P2d 419

Gary D. Babcock, Public Defender, Marilyn C. McManus, Deputy Public Defender, Salem, filed the brief for appellant.

James M. Brown, Attorney General, Walter L. Barrie, Solicitor General, and Rudolph S. Westerband, Assistant Attorney General, Salem, appeared for respondent.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error. Reversed and remanded for entry of a judgment of conviction for the offense of driving under the influence of intoxicants. *See State v. Carsner,* 45 Or App 115, 608 P2d 560, *rev allowed,* 289 Or 209 (1980).